Michele R. Stafford, Esq. (SBN 172509)
Jugpreet S. Mann, Esq. (SBN 306113)
SALTZMAN & JOHNSON LAW CORPORATION
44 Montgomery Street, Suite 2110
San Francisco, CA 94104
(415) 882-7900
(415) 882-9287 - Facsimile
mstafford@sjlawcorp.com
jmann@sjlawcorp.com

Attorneys for Plaintiffs, Operating Engineers'
Health And Welfare Trust Fund for Northern California, et al.

Steven B. Copeland, Esq. (SBN 185258)
COPELAND LAW FIRM, APC
19201 Sonoma Hwy., Suite 106
Sonoma, CA 95476
(424) 234-9701
sbc@copelandlawpc.com

Attorney for Defendant, Diablo Contractors, Inc., A California Corporation

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| OPERATING ENGINEERS' HEALTH AND WELFARE TRUST FUND FOR NORTHERN CALIFORNIA, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>DIABLO CONTRACTORS, INC., a California Corporation,<br><br>Defendant. | Case No.: C18-00723 KAW<br><br>**JOINT REQUEST TO CONTINUE CASE MANAGEMENT CONFERENCE; [PROPOSED] ORDER THEREON**<br><br>Date: May 8, 2018<br>Time: 1:30pm<br>Location: 1301 Clay Street<br>Oakland, CA 94612<br>Judge: Hon. Kandis A. Westmore |

Plaintiffs and Defendant herein respectfully submit this Joint Request to Continue the Case Management Conference, currently on calendar for May 8, 2018, for approximately forty-five to sixty (45-60) days. Good cause exists for the granting of the continuance, as follows:

1. As the Court's records will reflect, this action was filed on February 1, 2018 (Dkt. #1).

2. On February 26, 2018, Plaintiffs personally served Defendant Diablo Contractors,

-1-
**JOINT REQUEST TO CONTINUE CASE MANAGEMENT CONFERENCE; [PROPOSED] ORDER THEREON**
**Case No.: C18-00723 KAW**

1 Inc., a California Corporation ("Diablo"). A Proof of Service of Summons was filed with the
2 Court on March 5, 2018 (Dkt. #9).

3     3. Defendant filed its Answer on March 23, 2018 (Dkt. #10).

4     4. Plaintiffs and Defendant agreed to participate in mediation and a Stipulation and
5 [Proposed] Order Selecting ADR Process ("Stipulation") was filed with the Court on April 17,
6 2018 (Dkt. #14).

7     5. On April 20, 2018, the Court entered an Order granting the Stipulation and ordering
8 the Parties to mediation. (Dkt. #15).

9     6. Counsel for Plaintiffs and Defendant are currently in settlement discussions
10 regarding this matter, and the matter is expected to settle. If the matter does not settle through
11 informal settlement discussions, the Parties would like the opportunity to go to mediation to
12 attempt to resolve the matter, prior to incurring the costs of appearing at a Case Management
13 Conference.

14 / / /
15 / / /
16 / / /
17 / / /
18 / / /
19 / / /
20 / / /
21 / / /
22 / / /
23 / / /
24 / / /
25 / / /
26 / / /
27 / / /

28

-2-
**JOINT REQUEST TO CONTINUE CASE MANAGEMENT CONFERENCE; [PROPOSED] ORDER THEREON**
**Case No.: C18-00723 KAW**

C:\Users\IMBRIA~1\AppData\Local\Temp\notes06E812\Request To Continue CMC 050118.docx

7. Therefore, there are no issues that need to be addressed by this Court at the currently scheduled Case Management Conference. In the interest of conserving costs, as well as the Court's time and resources, the Parties respectfully request that the upcoming Case Management Conference be continued for approximately 45-60 days to allow sufficient time for the Parties to attempt to resolve the matter.

DATED: May 1, 2018  SALTZMAN & JOHNSON LAW CORPORATION

By: /S/
Jugpreet S. Mann
Attorneys for Plaintiffs, Operating Engineers' Health And Welfare Trust Fund for Northern California, et al.

DATED: May 1, 2018  COPELAND LAW FIRM, APC

By: /S/
Steven B. Copeland
Attorney for Defendant, Diablo Contractors, Inc.

IT IS SO ORDERED.

The currently set Case Management Conference is hereby continued to ___June 10, 2018___ at ___1:30 p.m.___, and all previously set deadlines and dates related to this case are continued accordingly.

DATED: __5/2__, 2018

*Kandis Westmore*
UNITED STATES MAGISTRATE JUDGE

**ATTESTATION CERTIFICATE**

In accord with the Northern District of California's Civil Local Rule 5-1, I attest that concurrence in the filing of this document has been obtained from each of the other signatories who are listed on the signature page.

Dated: May 1, 2018

By:         /S/
      Jugpreet S. Mann
      Attorneys for Plaintiffs, Operating Engineers'
      Health And Welfare Trust Fund for Northern
      California, et al.